**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**FRANK MCCARTHY,**

    **Plaintiff,**

v.                                                                              Case No: 8:19-cv-437-MSS-TGW

**ATLANTIC CRUISING, INC., d/b/a
ATLANTIC CRUISING YACHTS, LLC,**

    **Defendant.**

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Joint Stipulation for Dismissal of All Claims and Counterclaims, (Dkt. 82), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter.

The Parties also request that the Court retain jurisdiction to enforce the terms of the Parties' settlement agreement. The Court declines the Parties' specific request to retain jurisdiction. To the extent that court intervention is necessary to resolve any dispute concerning their settlement agreement after the case is finally resolved, an independent basis for jurisdiction would have to be established in order for such dispute to be resolved in this Court. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 378 (1994) ("Enforcement of the settlement agreement, however, whether through award of damages or decree of specific performance, is more than just a continuation or renewal of the

dismissed suit, and hence requires its own basis for jurisdiction."). The Clerk is directed to **CLOSE** this case.

    **DONE and ORDERED** in Tampa, Florida this 22nd day of September, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party